**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| DEVIN COPELAND p/k/a DE RICO and MAREIO OVERTON,<br><br>        Plaintiffs,<br><br>v.<br><br>JUSTIN BIEBER, USHER RAYMOND IV p/k/a "USHER," HEATHER BRIGHT, Individually and d/b/a B-RHAKA PUBLISHING, RAY ROMULUS a/k/a RAYRO and d/b/a PLEASE ENJOY THE MUSIC, JONATHAN YIP, Individually and d/b/a PRODUCTS OF THE STREET, JEREMY REEVES, Individually and d/b/a SUMPHU, UNIVERSAL MUSIC CORP., SONY/ATV MUSICAL PUBLISHING, LLC, BIEBER TIME PUBLISHING, LLC, WB MUSIC CORP., THE ISLAND DEF JAM MUSIC GROUP, STAGE THREE MUSIC (U.S.), INC., STAGE THREE MUSIC, LLC AND JONETTA PATTON,<br><br>        Defendants. | Civil Action No. 2:13-cv-246 ALA/TEM |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

        Pursuant to Rule 7.1 of the Local Rules of Practice for the United States District Court for the Eastern District of Virginia, Defendant The Island Def Jam Music Group, a division of UMG Recordings, Inc. ("UMG"), hereby certifies that the ultimate, indirect parent of UMG is Vivendi S.A., a publicly held French company.

Dated: June 4, 2013				Respectfully submitted,


   /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25377
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 757-624-3169
senoona@kaufcan.com

Howard Weitzman (*pro hac vice application to be filed*)
Jeremiah T. Reynolds (*pro hac vice application to be filed*)
Kinsella Weitzman Iser Kump & Aldisert
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
Telephone: 310-566-9800
Facsimile: 310-566-9884
hweitzman@kwikalaw.com
jreynolds@kwikalaw.com

*Attorneys for Defendants Justin Bieber, Universal Music Corp., Bieber Time Publishing, LLC and The Island Def Jam Music Group*

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Duncan G. Byers
Virginia State Bar No. 48146
Jeffrey D. Wilson
Virginia State Bar No. 75734
Byers Law Group
142 W. York Street, Suite 910
Norfolk, VA  23510
Phone:  757-227-3340
Facsimile:  757-227-3341
duncan.byers@byerslawgroup.com
jdwilson@byerslawgroup.com
admin@byerslawgroup.com

*Attorneys for Plaintiffs*
*Devin Copeland and Mareio Overton*

   /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25377
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  757-624-3239
Facsimile:  757-624-3169
senoona@kaufcan.com