IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DEVIN COPELAND p/k/a DE RICO and MAREIO OVERTON,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTIN BIEBER, USHER RAYMOND IV p/k/a "USHER," HEATHER BRIGHT, Individually and d/b/a B-RHAKA PUBLISHING, RAY ROMULUS a/k/a RAYRO and d/b/a PLEASE ENJOY THE MUSIC, JONATHAN YIP, Individually and d/b/a PRODUCTS OF THE STREET, JEREMY REEVES, Individually and d/b/a SUMPHU, UNIVERSAL MUSIC CORP., SONY/ATV MUSICAL PUBLISHING, LLC, BIEBER TIME PUBLISHING, LLC, WB MUSIC CORP., THE ISLAND DEF JAM MUSIC GROUP, STAGE THREE MUSIC (U.S.), INC., STAGE THREE MUSIC, LLC AND JONETTA PATTON,<br><br>Defendants. | Civil Action No. 2:13-cv-246 ALA/TEM |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of Practice for the United States District Court for the Eastern District of Virginia, Defendant Universal Music Corp. ("UMC") hereby certifies that the ultimate, indirect parent of UMC is Vivendi S.A., a publicly held French company.

Dated: June 4, 2013        Respectfully submitted,


　　　　　　　　　　　　　　　　　  /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25377
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 757-624-3169
senoona@kaufcan.com

Howard Weitzman (*pro hac vice application to be filed*)
Jeremiah T. Reynolds (*pro hac vice application to be filed*)
Kinsella Weitzman Iser Kump & Aldisert
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
Telephone: 310-566-9800
Facsimile: 310-566-9884
hweitzman@kwikalaw.com
jreynolds@kwikalaw.com

*Attorneys for Defendants Justin Bieber, Universal Music Corp., Bieber Time Publishing, LLC and The Island Def Jam Music Group*

# CERTIFICATE OF SERVICE

  I hereby certify that on June 4, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Duncan G. Byers
Virginia State Bar No. 48146
Jeffrey D. Wilson
Virginia State Bar No. 75734
Byers Law Group
142 W. York Street, Suite 910
Norfolk, VA 23510
Phone: 757-227-3340
Facsimile: 757-227-3341
duncan.byers@byerslawgroup.com
jdwilson@byerslawgroup.com
admin@byerslawgroup.com

*Attorneys for Plaintiffs*
*Devin Copeland and Mareio Overton*

                  */s/ Stephen E. Noona*
                  Stephen E. Noona
                  Virginia State Bar No. 25377
                  Kaufman & Canoles, P.C.
                  150 W. Main Street, Suite 2100
                  Norfolk, VA 23510
                  Telephone: 757-624-3239
                  Facsimile: 757-624-3169
                  senoona@kaufcan.com