IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DEVIN COPELAND p/k/a DE RICO and MAREIO OVERTON,<br><br>  Plaintiffs,<br><br>v.<br><br>JUSTIN BIEBER, USHER RAYMOND IV p/k/a "USHER," HEATHER BRIGHT, Individually and d/b/a B-RHAKA PUBLISHING, RAY ROMULUS a/k/a RAYRO and d/b/a PLEASE ENJOY THE MUSIC, JONATHAN YIP, Individually and d/b/a PRODUCTS OF THE STREET, JEREMY REEVES, Individually and d/b/a SUMPHU, UNIVERSAL MUSIC CORP., SONY/ATV MUSICAL PUBLISHING, LLC, BIEBER TIME PUBLISHING, LLC, WB MUSIC CORP., THE ISLAND DEF JAM MUSIC GROUP, STAGE THREE MUSIC (U.S.), INC., STAGE THREE MUSIC, LLC AND JONETTA PATTON,<br><br>  Defendants. | Civil Action No. 2:13-cv-246 AWA/TEM |

**DECLARATION OF JUSTIN BIEBER IN SUPPORT OF THE MOTION TO DISMISS COPYRIGHT CLAIM FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE UNDER RULE 12(b)(2) AND 12(b)(3) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

# DECLARATION OF JUSTIN BIEBER

I, Justin Bieber, declare as follows:

1. I am over the age of 18 and of sound mind. I reside in California and work as a singer, songwriter, and actor.

2. Bieber Time Publishing, LLC ("Bieber Time") is a Delaware limited liability company that was formed to hold my musical composition copyrights and conduct my music publishing business.

3. Neither Bieber Time nor I own any property in Virginia. Neither Bieber Time nor I maintain a business office in Virginia. Bieber Time and I do not have any employees or agents in Virginia to the best of my knowledge.

4. I have appeared and performed live in Virginia on two occasions. On November 13, 2010, I performed a concert in Norfolk, Virginia at the Norfolk Scope Arena as part of the "My World" concert tour. During this concert, I performed the song "Somebody To Love." On December 11, 2012, I performed in Fairfax, Virginia at the WIHT Jingle Ball at the Patriot Center at George Mason University. I did not perform "Somebody To Love" at the 2012 concert in Fairfax, Virginia.

5. The song "Somebody to Love" was written and recorded in the County of Los Angeles, California. The song was released as a single and also included on my album entitled, "My World 2.0." A remix of the song was later released which included Usher also singing vocals.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2013, in Los Angeles, California.

_____
Justin Bieber

1

Dated: June 28, 2013                    Respectfully submitted,


   /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25377
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 757-624-3169
senoona@kaufcan.com

Howard Weitzman (*pro hac vice*)
Jeremiah T. Reynolds (*pro hac vice*)
Kinsella Weitzman Iser Kump & Aldisert
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
Telephone: 310-566-9800
Facsimile: 310-566-9884
hweitzman@kwikalaw.com
jreynolds@kwikalaw.com

*Attorneys for Defendants Justin Bieber and Bieber Time Publishing LLC*

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 28, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Duncan G. Byers
Virginia State Bar No. 48146
Jeffrey D. Wilson
Virginia State Bar No. 75734
Byers Law Group
142 W. York Street, Suite 910
Norfolk, VA 23510
Telephone: 757-227-3340
Facsimile: 757-227-3341
duncan.byers@byerslawgroup.com
jdwilson@byerslawgroup.com
admin@byerslawgroup.com

*Attorneys for Plaintiffs*
*Devin Copeland and Mareio Overton*

Stephen E. Noona
Virginia State Bar No. 25377
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 757-624-3169
senoona@kaufcan.com

*Attorney for Defendants Justin Bieber and*
*Bieber Time Publishing LLC,*
*Universal Music Corp., The Island Def Jam Music Group,*
*a division of UMG Recordings, Inc. and Usher Raymond, IV, p/k/a Usher*

Jonathan D. Davis, Esq. (*pro hac vice* application to be filed)
Jonathan D. Davis, P.C.
99 Park Avenue, Suite 1600
New York, New York 10016
Telephone: 212- 687-5464
Facsimile: 212- 557-0565
jdd@jddavispc.com

*Attorneys for Defendant*
*Usher Raymond, IV, p/k/a Usher*

/s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25377
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 757-624-3169
senoona@kaufcan.com

12481038v1