**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

DEVIN COPELAND p/k/a DE RICO and MAREIO
OVERTON,

        Plaintiffs,

**v.**

JUSTIN BIEBER, USHER RAYMOND IV p/k/a
"USHER," HEATHER BRIGHT, Individually and
d/b/a B-RHAKA PUBLISHING, UNIVERSAL
MUSIC CORP., SONY/ATV MUSIC PUBLISHING
LLC, BIEBER TIME PUBLISHING, LLC, WB
MUSIC CORP., and  DEF JAM RECORDINGS, A
DIVISION OF UMG RECORDINGS, INC.
(FORMERLY KNOWN AS "THE ISLAND DEF
JAM MUSIC GROUP"),

        Defendants.

**Civil Action No. 2:13-cv-246
(AWA-RJK)**

**NOTICE OF FILING OF JOINT STIPULATION AND ORDER REGARDING
DEPOSITION OF JUSTIN BIEBER**

Pursuant to a Notice of Correction filed by the Clerk of the U.S. District Court, Eastern

District of Virginia, Norfolk Division, on April 20, 2016, plaintiffs, Justin Bieber, Usher

Raymond IV p/k/a "Usher," Heather Bright, Individually and d/b/a B-Rhaka Publishing,

Universal Music Corp., Sony/ATV Music Publishing LLC, WB Music Corp. and Def Jam

Recordings, a Division of UMG Recordings, Inc. (formerly known as "The Island Def Jam

Music Group" ("Plaintiffs") give notice of the filing of a Joint Stipulation and Order Regarding

Deposition of Justin Bieber, attached hereto as **Exhibit 1**, in response to the Plaintiffs' Motion to

Compel and/or for Sanctions (ECF No. 119).

Dated:  April 20, 2016     Respectfully submitted,


        */s/ Stephen E. Noona*
        Stephen E. Noona
        Virginia State Bar No. 25367
        Kaufman & Canoles, P.C.
        150 W. Main Street, Suite 2100
        Norfolk, VA  23510
        Telephone:  757-624-3239
        Facsimile:  888-360-9092
        senoona@kaufcan.com

        Howard Weitzman (*pro hac vice*)
        Jeremiah T. Reynolds (*pro hac vice*)
        Gregory P. Korn (*pro hac vice*)
        Kinsella Weitzman Iser Kump & Aldisert
        808 Wilshire Blvd., 3rd Floor
        Santa Monica, CA  90401
        Telephone:  310-566-9800
        Facsimile:  310-566-9884
        hweitzman@kwikalaw.com
        jreynolds@kwikalaw.com
        gkorn@kwikalaw.com

        *Attorneys for Defendants Justin Bieber, Universal*
        *Music Corp., Bieber Time Publishing, LLC and The*
        *Island Def Jam Music Group*


        */s/ Stephen E. Noona*
        Stephen E. Noona
        Virginia State Bar No. 25367
        Kaufman & Canoles, P.C.
        150 W. Main Street, Suite 2100
        Norfolk, VA  23510
        Telephone:  757-624-3239
        Facsimile:  888-360-9092
        senoona@kaufcan.com

        Jonathan D. Davis, Esq. (*pro hac vice*)
        Jonathan D. Davis, P.C.
        10 Rockefeller Plaza, Suite 1015
        New York, NY  10020

Telephone:  212-687-5464
Facsimile:  212-697-2521
jdd@jddavispc.com

*Attorneys for Defendant*
*Usher Raymond, IV, p/k/a Usher*


 */s/ Nathan Muyskens*
Nathan Muyskens
Virginia State Bar No. 39168
Loeb & Loeb LLP
901 New York Avenue NW
Suite 300 East
Washington, DC  20001
Telephone:  202-618-5000
Facsimile:  202-618-5001
nmuyskens@loeb.com
Barry I. Slotnick *(pro hac vice)*
Cheng L. Chen *(pro hac vice)*
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
Telephone:  212-407-4000
Facsimile:  212-407-4990
bslotnick@loeb.com
lchen@loeb.com

*Attorneys for Heather Bright, B-RHAKA*
*Publishing LLC, WB Music Corp. and*
*Sony/ATV Music Publishing LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2016, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Duncan G. Byers
Virginia State Bar No. 48146
Pender & Coward, P.C.
222 Central park Ave., Suite 400
Virginia Beach, VA 23462
Telephone: (757) 502-7396
Facsimile: 757-502-7392
dbyers@pendercoward.com

*Attorneys for Plaintiffs*
*Devin Copeland and Mareio Overton*
Stephen E. Noona
Virginia State Bar No. 25367
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 888-360-9092
senoona@kaufcan.com

*Attorney for Defendants Justin Bieber and*
*Bieber Time Publishing LLC,*
*Universal Music Corp., The Island Def Jam Music Group,*
*a division of UMG Recordings, Inc. and Usher Raymond, IV, p/k/a Usher*

Jonathan D. Davis, Esq. *(pro hac vice)*
Jonathan D. Davis, P.C.
10 Rockefeller Plaza, Suite 1015
New York, NY 10020
Telephone: 212-687-5464
Facsimile: 212-697-2521
jdd@jddavispc.com

*Attorneys for Defendant*
*Usher Raymond, IV, p/k/a Usher*
Nathan Muyskens
Virginia State Bar No. 39168
Loeb & Loeb LLP
901 New York Avenue NW
Suite 300 East

Washington, DC  20001
Telephone:  202-618-5000
Facsimile:  202-618-5001
nmuyskens@loeb.com
Barry I. Slotnick *(pro hac vice)*
Cheng L. Chen *(pro hac vice)*
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
Telephone:  212-407-4000
Facsimile:  212-407-4990
bslotnick@loeb.com
lchen@loeb.com

*Attorneys for Heather Bright, B-RHAKA*
*Publishing LLC, WB Music Corp. and*
*Sony/ATV Music Publishing LLC*

    */s/ Stephen E. Noona*         
Stephen E. Noona
Virginia State Bar No. 25367
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  757-624-3239
Facsimile:  888-360-9092
senoona@kaufcan.com