IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DEVIN COPELAND p/k/a DE RICO and MAREIO OVERTON,<br><br>        Plaintiffs,<br><br>v.<br><br>JUSTIN BIEBER, USHER RAYMOND IV p/k/a "USHER," HEATHER BRIGHT, Individually and d/b/a B-RHAKA PUBLISHING, UNIVERSAL MUSIC CORP., SONY/ATV MUSIC PUBLISHING LLC, BIEBER TIME PUBLISHING, LLC, WB MUSIC CORP., and DEF JAM RECORDINGS, A DIVISION OF UMG RECORDINGS, INC. (FORMERLY KNOWN AS "THE ISLAND DEF JAM MUSIC GROUP"),<br><br>        Defendants. | Civil Action No. 2:13-cv-246 (AWA-RJK) |

**JOINT STIPULATION AND ORDER REGARDING DEPOSITION OF JUSTIN BIEBER**

The parties, by counsel, hereby file the following stipulated order and ask this Court to enter the Stipulation as an Order:

1. Plaintiffs have on two occasions noticed the deposition of the defendant Justin Bieber ("Bieber"), once in Los Angeles, California ("California Deposition"), and once in Atlanta, Georgia ("Georgia Deposition"). Bieber has cancelled both depositions.

2. In order to resolve Plaintiffs' Motion to Compel and/or for Sanctions, Bieber has agreed and stipulated that, by court order, he shall appear and be deposed on **April 29, 2016, at 1:00 p.m.** in Plaintiffs' counsel's offices located at 222 Central Park Ave., Suite 400 Virginia Beach, VA 23462.

3.  In addition, Bieber, without contribution by any other defendant, shall pay to Plaintiffs' counsel all costs and attorneys' fees incurred in connection with the California Deposition and the Georgia Deposition.

4.  Plaintiffs withdraw Plaintiffs' Motion to Compel and/or for Sanctions against all parties in all respects.

5.  The parties request that this Court enter this Stipulation as an order.

WHEREFORE, the parties jointly request the Court to sign the stipulation so ordered.

**So Stipulated:**

Dated: April 20, 2016                                    Respectfully submitted,

_/s/ Stephen E. Noona_
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 888-360-9092
senoona@kaufcan.com

Howard Weitzman (*pro hac vice*)
Jeremiah T. Reynolds (*pro hac vice*)
Gregory P. Korn (*pro hac vice*)
KINSELLA WEITZMAN ISER KUMP & ALDISERT
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
Telephone: 310-566-9800
Facsimile: 310-566-9884
hweitzman@kwikalaw.com
jreynolds@kwikalaw.com
gkorn@kwikalaw.com

*Justin Bieber, Universal Music Corp., Def Jam Recordings, a division of UMG Recordings, Inc. (formerly known as "The Island Def Jam Music Group")*

        /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  757-624-3239
Facsimile:  888-360-9092
senoona@kaufcan.com

Jonathan D. Davis, Esq. *(pro hac vice)*
JONATHAN D. DAVIS, P.C.
10 Rockefeller Plaza, Suite 1015
New York, NY  10020
Telephone:  212-687-5464
Facsimile:  212-697-2521
jdd@jddavispc.com

*Attorneys for Defendant*
*Usher Raymond, IV, p/k/a Usher*

        /s/ Nathan Muyskens
Nathan Muyskens
Virginia State Bar No. 39168
LOEB & LOEB LLP
901 New York Avenue NW
Suite 300 East
Washington, DC  20001
Telephone:  202-618-5000
Facsimile:  202-618-5001
nmuyskens@loeb.com

Barry I. Slotnick *(pro hac vice)*
Cheng L. Chen *(pro hac vice)*
LOEB & LOEB LLP
345 Park Avenue
New York, NY  10154
Telephone:  212-407-4000
Facsimile:  212-407-4990
bslotnick@loeb.com
lchen@loeb.com

*Attorneys for Heather Bright, B-RHAKA*
*Publishing LLC, WB Music Corp. and*
*Sony/ATV Music Publishing LLC*

/s/ Duncan G. Byers
Duncan G. Byers
Virginia State Bar No. 48146
PENDER & COWARD, P.C.
222 Central park Ave., Suite 400
Virginia Beach, VA 23462
Telephone: 757-502-7396
Facsimile: 757-502-7392
dbyers@pendercoward.com

*Attorneys for Plaintiffs Devin Copeland and Mareio Overton*

**SO ORDERED:**

Dated: April 21, 2016

_____
Robert J. Krask
United States Magistrate Judge

United States District Court
Eastern District of Virginia

## CERTIFICATE OF SERVICE

   I hereby certify that on April 20, 2016, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Duncan G. Byers
Virginia State Bar No. 48146
PENDER & COWARD, P.C.
222 Central park Ave., Suite 400
Virginia Beach, VA 23462
Telephone: 757-502-7396
Facsimile: 757-502-7392
dbyers@pendercoward.com

*Attorneys for Plaintiffs Devin Copeland and Mareio Overton*

Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 888-360-9092
senoona@kaufcan.com

Jonathan D. Davis, Esq. *(pro hac vice)*
JONATHAN D. DAVIS, P.C.
10 Rockefeller Plaza, Suite 1015
New York, NY 10020
Telephone: 212-687-5464
Facsimile: 212-697-2521
jdd@jddavispc.com

*Attorneys for Defendant Usher Raymond, IV, p/k/a Usher*

Nathan Muyskens
Virginia State Bar No. 39168
LOEB & LOEB LLP
901 New York Avenue NW
Suite 300 East
Washington, DC 20001
Telephone: 202-618-5000
Facsimile: 202-618-5001
nmuyskens@loeb.com

Barry I. Slotnick *(pro hac vice)*
Cheng L. Chen *(pro hac vice)*
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone: 212-407-4000
Facsimile: 212-407-4990
bslotnick@loeb.com
lchen@loeb.com

*Attorneys for Heather Bright, B-RHAKA Publishing LLC, WB Music Corp. and Sony/ATV Music Publishing LLC*

                                                   /s/ Stephen E. Noona
                                                 Stephen E. Noona
                                                 Virginia State Bar No. 25367
                                                 KAUFMAN & CANOLES, P.C.
                                                 150 W. Main Street, Suite 2100
                                                 Norfolk, VA 23510
                                                 Telephone: 757-624-3239
                                                 Facsimile: 888-360-9092
                                                 senoona@kaufcan.com