# KAUFMAN & CANOLES
attorneys at law

Kaufman & Canoles, P.C.
150 West Main Street
Suite 2100
Norfolk, VA 23510

*Mailing Address*
Post Office Box 3037
Norfolk, VA 23514

T (757) 624.3000
F (757) 624.3169

kaufCAN.com

Stephen E. Noona
(757) 624.3239
senoona@kaufcan.com

June 10, 2016

**VIA HAND DELIVERY**
Fernando Galindo, Clerk
United States District Court
600 Granby Street
Norfolk, VA  23510

Re:     **Devin Copeland p/k/a De Rico, and Mareio Overton v. Justin Bieber, et. al.**
        **Case No. 2:13-cv-00246 (AWA)**
        **Our Matter No. 0153308**

Dear Mr. Galindo:

Enclosed is a CD that contains Exhibit B to the Declaration of Barry I. Slotnick in Support of Defendants' Joint Motion to Exclude the Reports and Testimony of Paul Arnold (Dkt. 154), which was filed in the above matter on June 9, 2016.

Please call me should you have any questions.

Very truly yours,

Stephen E. Noona

SEN:lat
*Enclosure*

cc:     Duncan G. Byers, Esq. (by hand with enclosure)

12483584v1