IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DEVIN COPELAND p/k/a DE RICO and MAREIO OVERTON,<br><br>Plaintiffs,<br><br>vs.<br><br>JUSTIN BIEBER, USHER RAYMOND IV p/k/a "USHER," HEATHER BRIGHT, Individually and d/b/a B-RHAKA PUBLISHING, UNIVERSAL MUSIC CORP., SONY/ATV MUSICAL PUBLISHING, LLC, WB MUSIC CORP., THE ISLAND DEF JAM MUSIC GROUP,<br><br>Defendants. | CASE NO. **2:13-cv-246 (AWA-TEM)** |

## PLAINTIFFS' MOTION TO SEAL

Plaintiffs Devin Copeland p/k/a DeRico and Mareio Overton ("Plaintiffs"), in accordance with Local Rule 5 and Order of the Court, file this, their Motion to Seal Exhibit N to the Declaration of Duncan G. Byers in Support of Plaintiffs' Opposition to Defendants' Joint Motion to Strike Portions of the Expert Report of Jason A. Deans, CPA, CVA, which will be submitted to the Court for an *in camera* review for the reasons set forth in the Memorandum in Support filed herewith

WHEREFORE, Plaintiffs hereby respectfully request that this Honorable Court grant the Motion to Seal and seal Exhibit N in the above-referenced matter and grant such other and further relief as the Court deems appropriate.

Dated: June 16, 2016  Respectfully submitted,


___/s/ Duncan G. Byers___
By Counsel

Duncan G. Byers, Esq.
VA State Bar No. 48146
Jeffrey D. Wilson, Esq.
VA State Bar No. 75734
Patrick L. Maurer, Esq.
VA State Bar No. 71244
Pender & Coward, P.C.
222 Central Park Ave., Suite 400
Virginia Beach, VA 23462
Telephone: 757-490-3000
Facsimile: 757-502-7392
dbyers@pendercoward.com
jwilson@pendercoward.com
pmaurer@pendercoward.com
cholland@pendercoward.com

*Attorneys for Plaintiffs*
*Devin Copeland and Mareio Overton*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, I served the foregoing document by electronic mail to the following:

Stephen E. Noona, Esq.
VA State Bar No. 25367
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3239
Facsimile: 888-360-9092
senoona@kaufcan.com

*COPELAND, et al. v. BIEBER, et al.* ; Case No. 2:13-CV-246    PENDER & COWARD, P.C.
Plaintiff's Motion to Seal                                     WWW.PENDERCOWARD.COM

Page 2 of 4

*Attorney for Defendants Justin Bieber, Universal Music Corp., Def Jam Recordings, a division of UMG Recordings, Inc. (formerly known as "The Island Def Jam Music Group")and Usher Raymond, IV, p/k/a Usher*

Howard Weitzman *(pro hac vice)*
Jeremiah T. Reynolds *(pro hac vice)*
Kinsella Weitzman Iser Kump & Aldisert
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA 90401
Telephone: 310-566-9800
Facsimile: 310-566-9884
hweitzman@kwikalaw.com
jreynolds@kwikalaw.com

*Attorneys for Defendant Justin Bieber*

Nathan Muyskens, Esq.
VA State Bar No. 39168
Loeb & Loeb LLP
901 New York Avenue NW
Suite 300 East
Washington, DC 20001
Telephone: 202-618-5000
Facsimile: 202-618-5001
nmuyskens@loeb.com

Barry I. Slotnick *(pro hac vice)*
Cheng L. Chen *(pro hac vice)*
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
Telephone: 212-407-4000
Facsimile: 212-407-4990
bslotnick@loeb.com
lchen@loeb.com

*Attorneys for Heather Bright, B-RHAKA Publishing LLC, WB Music Corp. and Sony/ATV Music Publishing LLC*

Jonathan D. Davis, Esq. *(pro hac vice)*
Jonathan D. Davis, P.C.

10 Rockefeller Plaza, Suite 1015
New York, NY 10020
Telephone: 212-687-5464
Facsimile: 212-557-0565
jdd@jddavispc.com

*Attorney for Defendant*
*Usher Raymond, IV, p/k/a Usher*

        /s/ Duncan G. Byers
Duncan G. Byers, Esq.
VA State Bar No. 48146
Jeffrey D. Wilson, Esq.
VA State Bar No. 75734
Patrick L. Maurer, Esq.
VA State Bar No. 71244
Pender & Coward, P.C.
222 Central Park Ave., Suite 400
Virginia Beach, VA 23462
Telephone: 757-490-3000
Facsimile: 757-502-7392
dbyers@pendercoward.com
jwilson@pendercoward.com
pmaurer@pendercoward.com
cholland@pendercoward.com

*Attorneys for Plaintiffs*
*Devin Copeland and Mareio Overton*

COPELAND, et al. v. BIEBER, et al. ; Case No. 2:13-CV-246　　　PENDER & COWARD, P.C.
Plaintiff's Motion to Seal　　　WWW.PENDERCOWARD.COM

Page 4 of 4