UNITED STATES DISTRICT COURT<br>
FOR THE EASTERN DISTRICT OF VIRGINIA<br>
Norfolk Division

DEVIN COPELAND, et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　Action No. 2:13cv246

JUSTIN BIEBER, et al.,

    Defendants.

## ORDER

The undersigned conducted a settlement conference in this case on June 29, 2016. During the course of the settlement conference, the undersigned conducted *ex parte* discussions with the parties, and provided opinions on legal and factual issues. Because of the nature of the settlement discussions, the undersigned will no longer preside over any contested issues in this case. Therefore, the Clerk is DIRECTED to reassign this matter to an alternate United States Magistrate Judge.

The Clerk shall mail a copy of this order to all counsel of record and to the courtroom deputies for The Honorable Arenda L. Wright Allen and the undersigned.

/s/ Robert J. Krask
United States Magistrate Judge

Robert J. Krask
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
June 30, 2016