**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

DEVIN COPELAND p/k/a DE RICO and
MAREIO OVERTON,

                        Plaintiffs,

   vs.

JUSTIN BIEBER, USHER RAYMOND
IV p/k/a "USHER," HEATHER
BRIGHT, Individually and d/b/a B-
RHAKA PUBLISHING, UNIVERSAL
MUSIC CORP., SONY/ATV MUSICAL
PUBLISHING, LLC, WB MUSIC
CORP., THE ISLAND DEF JAM
MUSIC GROUP,

                     Defendants.

CASE NO. **2:13-cv-246**
**(AWA-TEM)**

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF ITS MOTION TO SEAL

Plaintiffs Devin Copeland p/k/a DeRico and Mareio Overton ("Plaintiffs"), in accordance

with Local Rule 5 and Order of the Court, file this, their Memorandum in Support of their

Motion to Seal Exhibit C to Declaration of Patrick L. Maurer.

## BACKGROUND

Plaintiffs request that Exhibit C be filed under seal because it contains documents or

information that Defendants have designated "Confidential Information" pursuant to the

Stipulated and Agreed Protective Order ("Protective Order") entered by this Court on September

24, 2015. Exhibit C to Declaration of Patrick L. Maurer contains the deposition transcript for

Barry M. Massarsky. Defendants have designated the information and documents used in the

deposition as "Confidential" under the Protective Order and, which allows such a designation when "the Producing Party deems [the document] to contain a trade secret or other confidential research, development, commercial, financial or personal information, the public disclosure of which may cause the Producing Party embarrassment or competitive harm." Protective Order, §2.1.1.

## ARGUMENT

A district court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000) (citing *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984)). However, there is a presumption in favor of public access to court records. *Id.* In order to seal documents the court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Id.*; *see also Va. Dep't of State Police v. Washington Post*, 386 F.3d 567(4th Cir. 2004); *Rushford v. New Yorker Magazine Inc.*, 846 F.2d 249, 253 (4th Cir. 1988); *Campbell v. Ethex Corp.*, 464 F. Supp. 2d 559, 561 (W.D.Va. 2006).

Plaintiffs are placed in the counterintuitive position of having to submit an argument as to why Defendants' records should be held under seal and remain confidential. Plaintiffs are not admitting that the documents at issue should be considered confidential or are even relevant or admissible to the underlying matter. Plaintiffs are, however, in the spirit of the Protective Order,

presenting a good-faith argument why the documents in question should be submitted and kept under seal.

WHEREFORE, Plaintiffs hereby respectfully request that this Honorable Court grant the Motion to Seal and seal Exhibit C in the above-referenced matter and grant such other and further relief as the Court deems appropriate.

Dated: August 3, 2016                                        Respectfully submitted,


                                                    ___/s/ Patrick L. Maurer_____
                                                    By Counsel

Duncan G. Byers, Esq.
VA State Bar No. 48146
Jeffrey D. Wilson, Esq.
VA State Bar No. 75734
Patrick L. Maurer, Esq.
VA State Bar No. 71244
Pender & Coward, P.C.
222 Central Park Ave., Suite 400
Virginia Beach, VA  23462
Telephone: 757-490-3000
Facsimile:  757-502-7392
dbyers@pendercoward.com
jwilson@pendercoward.com
pmaurer@pendercoward.com
cholland@pendercoward.com

*Attorneys for Plaintiffs*
*Devin Copeland and Mareio Overton*

*COPELAND, et al.  v. BIEBER, et al. ;*  Case No. 2:13-CV-246           PENDER & COWARD, P.C.
Plaintiff's Memorandum in Support of Motion to Seal                WWW.PENDERCOWARD.COM

Page 3 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Stephen E. Noona, Esq.
VA State Bar No. 25367
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA  23510
Telephone: 757-624-3239
Facsimile:  888-360-9092
senoona@kaufcan.com

*Attorney for Defendants Justin Bieber,  Universal Music Corp., Def Jam Recordings, a division of UMG Recordings, Inc. (formerly known as "The Island Def Jam Music Group")and Usher Raymond, IV, p/k/a Usher*

Howard Weitzman (*pro hac vice*)
Jeremiah T. Reynolds (*pro hac vice*)
Kinsella Weitzman Iser Kump & Aldisert
808 Wilshire Blvd., 3rd Floor
Santa Monica, CA  90401
Telephone: 310-566-9800
Facsimile:  310-566-9884
hweitzman@kwikalaw.com
jreynolds@kwikalaw.com

*Attorneys for Defendant Justin Bieber*

Nathan Muyskens, Esq.
VA State Bar No. 39168
Loeb & Loeb LLP
901 New York Avenue NW
Suite 300 East
Washington, DC  20001
Telephone: 202-618-5000
Facsimile:  202-618-5001
nmuyskens@loeb.com

Barry I. Slotnick (*pro hac vice*)
Cheng L. Chen (*pro hac vice*)

Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
Telephone: 212-407-4000
Facsimile:  212-407-4990
bslotnick@loeb.com
lchen@loeb.com

*Attorneys for Heather Bright, B-RHAKA
Publishing LLC, WB Music Corp. and
Sony/ATV Music Publishing LLC*

Jonathan D. Davis, Esq. *(pro hac vice)*
Jonathan D. Davis, P.C.
10 Rockefeller Plaza, Suite 1015
New York, NY 10020
Telephone: 212-687-5464
Facsimile:  212-557-0565
jdd@jddavispc.com

*Attorney for Defendant
Usher Raymond, IV, p/k/a Usher*

                                    ___/s/ Patrick L. Maurer_____
                                    Duncan G. Byers, Esq.
                                    VA State Bar No. 48146
                                    Jeffrey D. Wilson, Esq.
                                    VA State Bar No. 75734
                                    Patrick L. Maurer, Esq.
                                    VA State Bar No. 71244
                                    Pender & Coward, P.C.
                                    222 Central Park Ave., Suite 400
                                    Virginia Beach, VA  23462
                                    Telephone: 757-490-3000
                                    Facsimile:  757-502-7392
                                    dbyers@pendercoward.com
                                    jwilson@pendercoward.com
                                    pmaurer@pendercoward.com
                                    cholland@pendercoward.com

                                    *Attorneys for Plaintiffs
                                    Devin Copeland and Mareio Overton*

*COPELAND, et al.  v. BIEBER, et al. ;*  Case No. 2:13-CV-246                    PENDER & COWARD, P.C.
Plaintiff's Memorandum in Support of Motion to Seal                              WWW.PENDERCOWARD.COM

Page 5 of 5